An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PRISCELLA RENITA SAINTAL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63480

**FILED**

JUL 1 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal in the district court. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Appellant filed her notice of appeal in the wrong court. In her notice of appeal, appellant states that she is appealing to the United States District Court from a decision of this court. *Saintal v. State*, Docket No. 60802 (Order of Affirmance, April 10, 2013). Because appellant has failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-20972

cc: Hon. Jerome T. Tao, District Judge
Priscella Renita Saintal
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A